**Order entered March 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00142-CV

**DARREN MELTON, Appellant**

**V.**

**601 JEALOUSE, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06444-B**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Before the Court is appellant's "emergency motion confirming supersedeas deposit and emergency motion to stay enforcement of judgment pending appeal." We **GRANT** the motion, **STAY** the trial court's January 25, 2019 Final Judgment, **STAY** all efforts to enforce that judgment, and **STAY** any writs of possession or writs of execution issued in the underlying proceeding. This stay shall remain in effect until further order of the Court.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the Honorable Melissa Bellan, Presiding Judge, County Court at Law No. 2, Dallas County, Texas; John Warren, Dallas County Clerk; Melanie Barragan, Dallas County

Deputy Clerk; Dallas County Constable Precinct 4, Edward Wright; and to counsel for all parties.

/s/    DAVID L. BRIDGES
        JUSTICE